1  Zachary Bryant (WSBA No. 50423, Appearing Pro Hac Vice)
   (zhb@mainstaylaw.com)
2  Mainstay Law, LLC,
3  zhb@mainstaylaw.com
   336 36th #706
4  Bellingham, WA, 98225
5  Tel: 360-933-1612

6  Michael S. Magnuson (SBN 66680)
7  (mike@magnusonlaw.com)
   Molly J. Magnuson (SBN 229444)
8  Law Offices of Michael S. Magnuson
   13215 Penn Street, Suite 205
9  Whittier, CA 90602
10 T (562) 464-1140
   F (562) 464-1144
11

12 Attorneys for Plaintiff, HAINING WANG

13

14 **UNITED STATES DISTRICT COURT**

   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15

16 HAINING WANG, an individual,          **CASE NO.  2:20-cv-06512 MCS(SPx)**

17                                        
           Plaintiff,
18                                        **PLAINTIFF'S NOTICE OF**
                                          **SETTLEMENT**
19      v.

20 RICHGROUP INVESTMENT, L.P, a
21 California limited partnership, 168
   AMERICA REGIONAL CENTER, LLC, a
22 California limited liability company, THE
   ONE ASSET MANAGEMENT, LLC, a
23 California limited liability company, THE
24 ONE INVESTMENTS, LLC, a California
   limited liability company, GE PROPERTY
25 MANAGEMENT, INC., a California
26 corporation, and KEY WEST FINANCIAL
   SERVICES, INC., a California corporation,
27
28          Defendants.

NOTICE OF SETTLEMENT - 1

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Plaintiff HAINING WANG and Defendants

3   RICHGROUP INVESTMENT, L.P, 168 AMERICA REGIONAL CENTER, LLC, THE

4   ONE ASSET MANAGEMENT, LLC, THE ONE INVESTMENTS, LLC, GE

5   PROPERTY MANAGEMENT, INC., and KEY WEST FINANCIAL SERVICES, INC.,

6   have entered into a settlement in the above-referenced case.

7        A formal settlement agreement was fully executed by all parties today. The

8   settlement agreement requires the first disbursement of funds to Plaintiff by November

9   30, 2020, and, upon receipt of that payment by Plaintiff, a Joint Stipulation of Dismissal

10   will promptly be filed with the Court.

11   DATED:  November 6, 2020

12

13                     MAINSTAY LAW, LLC

14                     LAW OFFICES OF MICHAEL S. MAGNUSON

15

16                     By:   /s/ Michael S. Magnuson

17                         Michael S. Magnuson

                      Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28